# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 10-20257

MELVIN BEASLEY,

    Defendant.
                                          /

## ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

On June 7, 2012, the court held a telephone conference with counsel for the parties. During the conference, defense counsel indicated that he anticipates filing a motion to dismiss the indictment on double jeopardy grounds. Because both counsel and the court agreed not to adjourn Defendant's trial date to accommodate this motion practice, the court will set an expedited briefing schedule. Accordingly,

IT IS ORDERED that Defendant shall file any motion to dismiss by **June 22, 2012**. If such a motion is filed, the Government shall respond no later than **July 3, 2012**. At that time, the court will consider whether further briefing or a motion hearing will be necessary.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2012, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522