IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-CR-20257-rhc |
| MELVIN BEASLEY, | ) | |
| Defendant. | ) | |

## ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The clerk's office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case, from July 30, 2012, until they are dismissed.

SO ORDERED THIS 20th DAY OF June, 2012

UNITED STATES DISTRICT JUDGE
JUDGE ROBERT H.. CLELAND