# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

          Plaintiff(s),           Case Number: 10-CR-20257

v.           Honorable Robert H. Cleland

MELVIN BEASLEY,           Magistrate Judge Diane K. Vescovo

          Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Diane K. Vescovo for the following purpose(s):

- **JURY SELECTON**

DATED: 6/20/2012           S/Robert H. Cleland
          Robert H. Cleland
          United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon ALL COUNSEL OF RECORD on the above date by electronic and/or ordinary mail.

          S/Lisa Wagner
          Deputy Clerk